UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FARIBA NASSERI,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 3:15-cv-04001-LB<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE**<br><br>Re: ECF No. 1 |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than September 25, 2015.

Plaintiff and Defendant's counsel shall be prepared to discuss the following subjects:

    (1) Identification and description of claims and alleged defects in loan documents.

    (2) Prospects for loan modification.

    (3) Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff shall do the following:

    (1) Review relevant loan documents and investigate the claims to determine whether they

ORDER (No. 3:15-cv-04001-LB)

1 have merit.

2 (2) If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff
3 shall prepare a current, accurate financial statement and gather all of the information
4 and documents customarily needed to support a loan modification request. Further,
5 Plaintiff shall immediately notify Defendant's counsel of the request for a loan
6 modification.
7 (3) Provide counsel for Defendant with information necessary to evaluate the prospects for
8 loan modification, in the form of a financial statement, worksheet or application
9 customarily used by financial institutions.

10 In preparation for the telephone conference, counsel for Defendant shall do the following.

11 (1) If Defendant is unable or unwilling to do a loan modification after receiving notice of
12 Plaintiff's request, counsel for Defendant shall promptly notify Plaintiff to that effect.
13 (2) Arrange for a representative of each Defendant with full settlement authority to
14 participate in the telephone conference.

15 The ADR Unit will notify the parties of the date and time the telephone conference will be
16 held. After the telephone conference, the ADR Unit will advise the Court of its recommendation
17 for further ADR proceedings.

18 **IT IS SO ORDERED.**

19 Dated: September 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-04001-LB)

2