IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NASSERI,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 15-04001 WHA

**NOTICE RE ORAL ARGUMENT**

Counsel for both sides should come prepared to discuss the actual facts of the case. In the past, counsel for Wells Fargo have claimed not to know the true facts (on a Rule 12 motion). This time, counsel should come prepared to discuss the true facts at tomorrow's hearing.

Dated: November 18, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE