MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
KIMBERLY A. PAESE (State Bar No. 258594)
kap@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| FARIBA NASSERI, an individual, | Case No. 3:15-cv-04001-WHA |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| vs. | |
| WELLS FARGO BANK, N.A., a national association; and DOES through 100, inclusive, | Filed concurrently with [Proposed] Order Granting Stipulation to Extend Time to Answer Complaint |
| Defendants. | Hon. William Alsup |

1  Pursuant to Civil Local Rule 6-1, the parties hereby stipulate to extend the deadline of
2  defendant Wells Fargo Bank, N.A. ("Wells Fargo") to answer the complaint filed by plaintiff
3  Fariba Nasseri.  Wells Fargo will file its responsive pleading on or before **January 8, 2016**.
4  The parties desire to extend time due the change in handling attorney for Wells Fargo and
5  to permit sufficient time for Wells Fargo to prepare a detailed answer following the Court's order
6  denying Wells Fargo's motion to dismiss. No previous modifications have been requested or
7  made. Upon information and belief, this requested extension will not alter the date of any other
8  event or any deadline already fixed by Court order.  Upon information and belief, the requested
9  extension will not affect the schedule set in this case.
10  **IT IS SO STIPULATED.**
11  DATED:  December 22, 2015    SEVERSON & WERSON
                                  A Professional Corporation

14                                By:      */s/* Kimberly A. Paese
                                           Kimberly A. Paese

16                                Attorneys for Defendant
                                  WELLS FARGO BANK, N.A.

18  DATED:  December 22, 2015    MELLEN LAW FIRM

20                                By:      */s/* Jessica Galletta
                                           Jessica Galletta, Esq.

22                                Attorneys for Plaintiff
                                  FARIBA NASSERI

MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
KIMBERLY A. PAESE (State Bar No. 258594)
kap@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| FARIBA NASSERI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association; and DOES through 100, inclusive,<br><br>Defendants. | Case No. 3:15-cv-04001-WHA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Filed concurrently with Stipulation to Extend Time to Answer Complaint<br><br>Hon. William Alsup |
|---|---|

1  The Court, having received and reviewed the stipulation of plaintiff Fariba Nasseri and
2  defendant Wells Fargo Bank, N.A. ("Wells Fargo") to extend Wells Fargo's time to answer the
3  Complaint, and good cause appearing, hereby orders as follows:
4  Wells Fargo shall have up to and until January 8, 2016 to file an answer to the Complaint.
5  **IT IS SO ORDERED.**

7  Dated:  December 23, 2015.

   Honorable William Alsup