United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    FARIBA NASSERI,                              No. C 15-04001 WHA

11              Plaintiff,

12       v.                                        **ORDER DENYING STIPULATION
                                                   TO CONTINUE DATES**
13    WELLS FARGO BANK, N.A.,

14              Defendant.
      _____/
15

16         The Court has received the parties' stipulated request to continue all dates for four

17   months while Wells Fargo considers plaintiff for a loan modification.  There is no reason why

18   the parties cannot continue to litigate while the loan modification process plays out.  The

19   undersigned judge has learned the hard way that extending dates as requested simply allows the

20   parties to focus on something else.  The request to continue all dates for four months is DENIED.

21   If, however, Wells Fargo represents to the Court, in writing, that there is a high chance plaintiff

22   will be approved for a loan modification and plaintiff agrees, in writing, that such a

23   modification would definitely settle the case, then the Court would consider a three week

24   extension of all dates.  Meanwhile, all dates remain in place.

25

26         **IT IS SO ORDERED.**

27

28   Dated: March 22, 2016.

                                                   _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE