IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA NASSERI, | No. C 15-04001 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE DATES** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The Court has received the parties' stipulated request to vacate the trial date and all related deadlines until plaintiff has successfully completed a trial period plan with a subsequent permanent modification to follow. If the terms of the permanent modification have already been agreed to, and if the settlement agreement has been executed (even though subject to completion of the trial period), then the Court will grant the relief requested. But the application thus far has failed to show these points. The request to vacate the trial date and related deadlines is therefore **DENIED WITHOUT PREJUDICE** to a second application demonstrating these points.

**IT IS SO ORDERED.**

Dated: July 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE