Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:  (650) 638-0120
Facsimile:   (650) 638-0125

Attorneys for Plaintiff
FARIBA NASSERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA NASSERI, an individual;<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware business entity; and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No. 3:15-cv-04001-WHA<br><br>[Honorable William H. Alsup]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER ON STIPULATION**<br><br><br>Complaint Filed: September 1, 2015<br>Trial Date:         October 17, 2016 |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Fariba
2  Nasseri ("Plaintiff") and Wells Fargo Bank, N.A. ("Defendant"), by and through their undersigned
3  counsel, stipulate and request that the above-captioned matter be dismissed in its entirety, with
4  prejudice, pursuant to the parties' agreement in this action.

5  **IT IS SO STIPULATED.**

8  DATED: July 12, 2016           THE MELLEN LAW FIRM

                                  By:     /s/ *Jessica Galleta*
                                          Matthew D. Mellon
                                          Jessica Galleta

                                  Attorneys for Plaintiff
                                  FARIBA NASSERI

16  DATED: July 12, 2016          SEVERSON & WERSON
                                  A Professional Corporation

                                  By:     /s/ Kimberly Paese
                                          Kimbery Paese

                                  Attorneys for Defendant
                                  WELLS FARGO BANK, N..A.

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from all of the above signatories to the document.

Dated: July 12, 2016            MELLEN LAW FIRM


                                By:   /s/ Jessica Galletta
                                      Jessica Galletta
                                      Attorneys for Plaintiff
                                      FARIBA NASSERI

**ORDER ON STIPULATION**

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

- The above entitled action is dismissed with prejudice;
- Each party shall bear their owns fees and costs; and
- The Court shall close its file.

**IT IS SO ORDERED.**

DATED: July __18____, 2016

_____
Hon. William H. Alsup
District Court Judge